No. 87–5259. TEAGUE v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Motion of peti-

tioner for leave to proceed *in forma pauperis* granted. Certiorari granted.